FILED: May 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1194
(1:18-cv-03622-GLR)

_____

MATTHEW O'REILLY

       Plaintiff - Appellant

v.

ADAM TSOTTLES, Route Manager, Waste Management; WASTE MANAGEMENT, INC.

       Defendants - Appellees

_____

O R D E R

_____

The court grants the motion for extension of the informal briefing schedule and extends the time for serving and filing the informal reply brief to 05/27/2021. Any further request for an extension of time in which to file the informal reply brief shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk