# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MATTHEW O'REILLY, | : |
| Appellant, | : No. 21-1194 |
| v. | : |
| ADAM TSOTTLES and WASTE MANAGEMENT, INC. | : |
| Appellees. | : |

## WITHDRAWAL OF APPEARANCE

**TO: CLERK OF COURT**

Kindly withdraw the appearance of Jillian K. Walton, Esquire on behalf of Appellees Adam Tsottles and Waste Management, Inc. in the above-captioned matter.

Saul Ewing Arnstein & Lehr LLP, by and through John F. Stoviak, Esquire and Geoffrey M. Gamble, Esquire, will continue to act as counsel of record for Appellees Adam Tsottles and Waste Management, Inc.

Respectfully Submitted,

Date: May 27, 2022

*/s/ Jillian K. Walton*
Jillian K. Walton
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Phone: (412) 209-2500
Fax: (412) 209-2570
jillian.walton@saul.com

John F. Stoviak
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7777
Fax: (215) 972-7725
john.stoviak@saul.com

Geoffrey M. Gamble
Saul Ewing Arnstein & Lehr LLP
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3133
Phone: (410) 332-8600
Fax: (410) 332-8862
geoff.gamble@saul.com

*Counsel for Appellees Adam Tsottles and Waste Management, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, a copy of the foregoing **WITHDRAWAL OF APPEARANCE** was served via first-class mail, e-mail, and through the CM/ECF system upon:

>Matthew O'Reilly
>14316 Reese Blvd.
>Huntersville, NC 28078
>worldwidecissp@gmail.com
>*Pro Se Appellant*

Date: May 27, 2022

>*/s/ Jillian K. Walton*
>Jillian K. Walton
>Saul Ewing Arnstein & Lehr LLP
>One PPG Place, Suite 3010
>Pittsburgh, PA 15222
>Phone: (412) 209-2500
>Fax: (412) 209-2570
>jillian.walton@saul.com
>
>John F. Stoviak
>Saul Ewing Arnstein & Lehr LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102-2186
>Phone: (215) 972-7777
>Fax: (215) 972-7725
>john.stoviak@saul.com
>
>Geoffrey M. Gamble
>Saul Ewing Arnstein & Lehr LLP
>500 East Pratt Street, Suite 900
>Baltimore, MD 21202-3133
>Phone: (410) 332-8600
>Fax: (410) 332-8862
>geoff.gamble@saul.com
>
>*Counsel for Appellees Adam Tsottles and Waste Management, Inc.*