FILED: September 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1194
(1:18-cv-03622-GLR)
_____

MATTHEW O'REILLY

       Plaintiff - Appellant

v.

ADAM TSOTTLES, Route Manager, Waste Management; WASTE MANAGEMENT, INC.

       Defendants - Appellees

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk