FILED: September 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1194
(1:18-cv-03622-GLR)
_____

MATTHEW O'REILLY

      Plaintiff - Appellant

v.

ADAM TSOTTLES, Route Manager, Waste Management; WASTE MANAGEMENT, INC.

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered May 1, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*