# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 20, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Matthew O'Reilly
          v. Adam Tsottles, et al.
          No. 23M55
          (Your No. 21-1194)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk